EXHIBIT 3

| Invoice Date | Invoice No. | Charges | Amount | Discount | Amount Paid | Amount Overpaid | Date Paid | Approver | Comments |
|---|---|---|---|---|---|---|---|---|---|
| 3/22/2013 | 61749 | $255,130.00 | $211,532.59 | $4,260.66 | $207,271.93 | | 4/1/2013 | Doug Zinno | Invoice was for May 1-15. Termination letter was sent May 10. We took $255,130 divided by 11 work days in the May 1-15 timeframe and then multiplied the amount ($23,193.64) by 3 work days after the termination notice. The actual amount paid was less due to a credit from March 1-15. |
| 4/5/2013 | 61752 | $254,540.00 | $207,288.50 | $4,145.76 | $203,142.74 | | 4/18/2013 | Doug Zinno | Invoice was for prebill period of May 16-31. Termination letter send May 10. The full amount was over paid and due FES because a credit of $47,252 for the March 16-31 overpayment was deducted. |
| 4/22/2013 | 61757 | $235,712.50 | $208,248.00 | $4,164.97 | $204,083.03 | | 5/2/2013 | Doug Zinno | Invoice was for June 1-15 prebill. A credit of $27,464.50 was deducted from the charges. This invoice was paid but should not have been since the termination letter was sent May 10. The credit mentioned above was not received by FES. |
| 5/3/2013 | 61762 | $6,416.71 | $0.00 | $0.00 | $0.00 | $6,416.71 | | | Invoice was for a credit of $6,416.71 due to an overpayment of the prebill for April 16-30. This credit applied towards Invoice 61763 for June 16-30 prebill. This invoice was never paid so credit was never obtained. |
| 5/15/2013 | 61769 | $76,785.56 | $64,995.12 | $0.00 | $0.00 | -$10,847.63 | 6/18/2013 | Tom Schmuhl | Invoice was for May 2013 Commissions ($73,382.50) and for May 1-15 actuals ($3,457.06). I took the May 1-15 actuals ($3,457.06) divided it by 11 works days and then multiplied the amount ($314.28) by 3 work days after the termination notice ($942.81). The invoice also shows a credit of $11,790.44 from Invoice 61771CM. Since Invoice 61771CM is null and void, the credit of $11,790.44 should not have been applied to this invoice. I took the credit and subtracted it from the amount SM owed us and came up with a figure we owe SM. |
| 5/17/2013 | 61771CM | $479,052.06 | -$11,790.44 | $0.00 | $0.00 | $0.00 | | | Invoice was for 30-day severence. The credits applied are for Invoice Nos. 61749 (May 1-15 prebill) 61757 (June 1-15 prebill). This resulted in a credit of $11,790.44. Since we do not feel any severance is due, this invoice should be null and void. |
| | | $1,307,636.83 | $680,273.77 | | | $555,402.99 | | | |

CONFIDENTIAL—SUBJECT TO PROTECTIVE ORDER

FSC-STRATMAR-080503



# INVOICE

**Bill To:**
First Energy Solutions Corp
Attn: Alex Lepp
341 White Pond Drive
Akron, OH 44320

**Remit To:**
Accounts Receivable
StratMar Financial Retail Coverage, LLC
109 Willett Avenue
Port Chester, NY 10573
Phone 914.937.7171 x327

DATE: March 22, 2013

INVOICE # 61749

Terms: Net 30

| DESCRIPTION | | | | | AMOUNT |
|---|---|---|---|---|---|
| Apply Credit Carryover Mar 1 – Mar 15, 2013 | | | | | $ (43,597.41) |
| **DESCRIPTION OF THE CHARGE** Prebill 5-1-13 to 5-15-13 | | | | | |

| | Salaries | Cell/Mileage | Expenses | Total | |
|---|---|---|---|---|---|
| Dayton | $ 14,080.00 | $ 1,200.00 | $ - | $ 15,280.00 | |
| Chicago South | $ 23,375.00 | $ 1,650.00 | $ - | $ 25,025.00 | |
| Aurora | $ 23,375.00 | $ 1,650.00 | $ - | $ 25,025.00 | |
| Rockford | $ 19,415.00 | $ 1,350.00 | $ - | $ 20,765.00 | |
| Ameren | $ 14,795.00 | $ 1,050.00 | $ - | $ 15,845.00 | |
| Pittsburgh | $ 24,365.00 | $ 1,650.00 | $ - | $ 26,015.00 | |
| Cincinnati | $ 17,710.00 | $ 1,050.00 | $ - | $ 18,760.00 | |
| Canton/Columbus | $ 28,655.00 | $ 2,100.00 | $ - | $ 30,755.00 | |
| Reading | $ 24,365.00 | $ 1,650.00 | $ - | $ 26,015.00 | |
| PHL | $ 30,800.00 | $ 2,100.00 | $ - | $ 32,900.00 | |
| Erie | $ 17,545.00 | $ 1,200.00 | $ - | $ 18,745.00 | |
| Total | $ 238,480.00 | $ 16,650.00 | $ - | $ 255,130.00 | $ 255,130.00 |

| | TOTAL DUE | $ 211,532.59 |
|---|---|---|



FES Invoice - May 1 - May 15 2013 Prebill



# INVOICE

**Bill To:**
First Energy Solutions Corp
Attn: Tim Hutchinson
341 White Pond Drive
Akron, OH 44320

**Remit To:**
Accounts Receivable
StratMar Financial Retail Coverage, LLC
109 Willett Avenue
Port Chester, NY 10573
Phone 914.937.7171 x327

DATE: April 5, 2013

INVOICE # 61752

Terms: Net 30

| DESCRIPTION | | | | | AMOUNT |
|---|---|---|---|---|---|
| Apply Credit Carryover Mar 16 - Mar 31, 2013 | | | | | $ (47,252.00) |
| **DESCRIPTION OF THE CHARGE** <br> Prebill 5-16-13 to 5-31-13 | | | | | |

| | Salaries | Cell/Mileage | Expenses | Total | |
|---|---|---|---|---|---|
| Dayton | $ 16,060.00 | $ 1,320.00 | $ - | $ 17,380.00 | |
| Chicago South | $ 24,145.00 | $ 1,815.00 | $ - | $ 25,960.00 | |
| Aurora | $ 23,815.00 | $ 1,815.00 | $ - | $ 25,630.00 | |
| Rockford | $ 21,065.00 | $ 1,650.00 | $ - | $ 22,715.00 | |
| Ameren | $ 16,225.00 | $ 1,320.00 | $ - | $ 17,545.00 | |
| Pittsburgh | $ 23,155.00 | $ 1,815.00 | $ - | $ 24,970.00 | |
| Cincinnati | $ 18,370.00 | $ 1,155.00 | $ - | $ 19,525.00 | |
| Canton/Columbus | $ 28,435.00 | $ 2,310.00 | $ - | $ 30,745.00 | |
| Reading | $ 23,155.00 | $ 1,815.00 | $ - | $ 24,970.00 | |
| PHL | $ 24,915.00 | $ 1,980.00 | $ - | $ 26,895.00 | |
| Erie | $ 16,885.00 | $ 1,320.00 | $ - | $ 18,205.00 | |
| Total | $ 236,225.00 | $ 18,315.00 | $ - | $ 254,540.00 | $ 254,540.00 |

| | TOTAL DUE | $ 207,288.00 |
|---|---|---|



FES Invoice - May 16 - May 31 2013 prebill



# INVOICE

**Bill To:**
First Energy Solutions Corp
Attn: Tim Hutchinson
341 White Pond Drive
Akron, OH 44320

**Remit To:**
Accounts Receivable
StratMar Financial Retail Coverage, LLC
109 Willett Avenue
Port Chester, NY 10573
Phone 914.937.7171 x327

DATE: April 22, 2013

INVOICE # 61757

Terms: Net 30

| DESCRIPTION | AMOUNT |
|---|---|
| Apply Credit Carryover Apr 1 - Apr 15 Inv #61756 | $ (27,464.50) |

### DESCRIPTION OF THE CHARGE
Prebill 6-1-13 tp 6-15-13

| | Salaries | Cell/Mileage | Expenses | Total |
|---|---|---|---|---|
| Dayton | $ 17,800.00 | $ 1,625.00 | $ - | $ 19,425.00 |
| Chicago South | $ 21,950.00 | $ 1,787.50 | $ - | $ 23,737.50 |
| Aurora | $ 21,650.00 | $ 1,787.50 | $ - | $ 23,437.50 |
| Rockford | $ 20,450.00 | $ 1,787.50 | $ - | $ 22,237.50 |
| Ameren | $ 13,450.00 | $ 1,137.50 | $ - | $ 14,587.50 |
| Pittsburgh | $ 21,050.00 | $ 1,787.50 | $ - | $ 22,837.50 |
| Cincinnati | $ 18,000.00 | $ 1,300.00 | $ - | $ 19,300.00 |
| Canton/Columbus | $ 23,950.00 | $ 2,112.50 | $ - | $ 26,062.50 |
| Reading | $ 21,050.00 | $ 1,787.50 | $ - | $ 22,837.50 |
| PHL | $ 22,650.00 | $ 1,950.00 | $ - | $ 24,600.00 |
| Erie | $ 15,350.00 | $ 1,300.00 | $ - | $ 16,650.00 |
| Total | $ 217,350.00 | $ 18,362.50 | $ - | $ 235,712.50 |

Amount: $ 235,712.50

**TOTAL DUE** $ 208,248.00



FES Invoice - Jun 1- Jun 15 2013 prebill



# INVOICE

**Bill To:**
First Energy Solutions Corp
Attn: Alex Lepp
341 White Pond Drive
Akron, OH 44320

**Remit To:**
Accounts Receivable
StratMar Financial Retail Coverage, LLC
109 Willett Avenue
Port Chester, NY 10573
Phone 914.937.7171 x327

DATE: May 3, 2013

INVOICE # 61762

Terms: Net 30

| DESCRIPTION | AMOUNT |
|---|---|
| Apply Credit Pre bill April 16 - April 30, 2013 61742 | $ (247,285.00) |

**DESCRIPTION OF THE CHARGE**
April 16 - April 30, 2013

| | Salaries | Cell/Mileage | Expenses | Total | |
|---|---|---|---|---|---|
| | | | $ 2,190.79 | $ 2,190.79 | |
| Dayton | $ 18,470.00 | $ 1,625.00 | $ - | $ 20,095.00 | |
| Chicago South | $ 23,335.00 | $ 1,787.50 | $ - | $ 25,122.50 | |
| Aurora | $ 23,195.00 | $ 1,787.50 | $ - | $ 24,982.50 | |
| Rockford | $ 17,445.00 | $ 1,300.00 | $ - | $ 18,745.00 | |
| Ameren | $ 12,845.00 | $ 1,462.50 | $ - | $ 14,307.50 | |
| Pittsburgh | $ 23,485.00 | $ 1,787.50 | $ - | $ 25,272.50 | |
| Cincinnati | $ 17,060.00 | $ 1,137.50 | $ - | $ 18,197.50 | |
| Canton/Columbus | $ 23,595.00 | $ 1,950.00 | $ - | $ 25,545.00 | |
| Reading | $ 21,065.00 | $ 1,625.00 | $ - | $ 22,690.00 | |
| PHL | $ 24,155.00 | $ 1,950.00 | $ - | $ 26,105.00 | |
| Erie | $ 16,315.00 | $ 1,300.00 | $ - | $ 17,615.00 | |
| Total | $ 220,965.00 | $ 17,712.50 | $ 2,190.79 | $ 240,868.29 | $ 240,868.29 |

| TOTAL DUE | $ (6,416.71) |
|---|---|

FES Invoice - Apr 16 - Apr 30 2013 Actual (2)

FSC-STRATMAR-000148



**StratMar**
PARTNERS IN RETAIL PERFORMANCE

# INVOICE

Bill To:

First Energy Solutions Corp
Attn: Alex Lepp
341 White Pond Drive
Akron, OH 44320

DATE:
May 15, 2013

INVOICE #
61769

Remit To:
Accounts Receivable
StratMar Financial Retail Coverage, LLC
109 Willett Avenue
Port Chester, NY  10573
Phone 914.937.7171 x327

Terms:
Net 30

| DESCRIPTION | | | | | | AMOUNT |
|---|---|---|---|---|---|---|
| **DESCRIPTION OF THE CHARGE** <br> May 2013 Commissions | | | | | | |
| | Commission | Income | | Total | | |
| Commissions <br> Rep <br> Manager | $ 31,673.75 <br> $  4,990.50 | $ 31,673.75 <br> $  4,990.50 | $    - <br> $    - <br> $    - | $      - <br> $ 63,347.50 <br> $  9,981.00 | | $ 73,328.50 |
| Invoice 61770 May 1 - May 15 Actual <br> Invoice 61771 CM - Severance final | | | | | | $  3,457.06 <br> $ (11,790.44) |
| | | | | **TOTAL DUE** | $ | 64,995.12 |





# INVOICE

**Bill To:**
First Energy Solutions Corp
Attn: Alex Lepp
341 White Pond Drive
Akron, OH 44320

**Remit To:**
Accounts Receivable
StratMar Financial Retail Coverage, LLC
109 Willett Avenue
Port Chester, NY 10573
Phone 914.937.7171 x327

DATE: May 17, 2013

INVOICE # 61771 CM

Terms: Net 30

| DESCRIPTION | AMOUNT |
|---|---|
| Apply Credit Pre bills | $ (255,130.00) 2515 -2515 |
|  | $ (235,712.50) |

**DESCRIPTION OF THE CHARGE**
30 Day Severance

|  | Salaries | Cell/Mileage | Expenses | Total |  |
|---|---|---|---|---|---|
| Dayton |  | $ - | $ 17,150.50 | $ 17,150.50 |  |
| Chicago South | $ 39,160.00 | $ - | $ - | $ 39,160.00 |  |
| Aurora | $ 48,950.00 | $ - | $ - | $ 48,950.00 |  |
| Rockford | $ 48,290.00 | $ - | $ - | $ 48,290.00 |  |
| Ameren | $ 36,410.00 | $ - | $ - | $ 36,410.00 |  |
| Pittsburgh | $ 31,130.00 | $ - | $ 425.00 | $ 31,555.00 |  |
| Cincinnati | $ 46,970.00 | $ - | $ - | $ 46,970.00 |  |
| Canton/Columbus | $ 35,420.00 | $ - | $ - | $ 35,420.00 |  |
| Reading | $ 49,170.00 | $ - | $ - | $ 49,170.00 |  |
| PHL | $ 42,130.00 | $ - | $ - | $ 42,130.00 |  |
| Erie | $ 49,830.00 | $ - | $ 246.56 | $ 50,076.56 |  |
| Total | $ 33,770.00 | $ - | $ - | $ 33,770.00 |  |
|  | $ 461,230.00 | $ - | $ 17,822.06 | $ 479,052.06 | $ 479,052.06 |

| | TOTAL DUE | $ (11,790.44) |
|---|---|---|